No. 51. MILLER, ADMINISTRATOR, *v.* UNION PACIFIC R. Co. October 9, 1933. Petition for writ of certiorari

608

to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. William Buchholz* and *Martin J. O'Donnell* for petitioner. *Messrs. C. A. Magaw, I. N. Watson, Paul V. Barnett, Henry N. Ess,* and *Charles V. Garnett* for respondent.